FILED
AUG 11 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-MJ-1728-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL APPLICATION AND |
| ) | AFFIDAVIT FOR SEARCH WARRANT |
| KENNETH MICHAEL BURCH ) | (UNDER SEAL) |
| a/k/a "Kurby" ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the above-captioned matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a filed copy of the same be provided to the Office of the United States Attorney and the Federal Bureau of Investigation.

Dated: August 11, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge

SL